# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Arron Scott King,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Hennepin County Jail,<br>Correctional Officers – Individual Capacity; and Ogustine, Officer – Individual Capacity,<br><br>　　　　Defendants. | Case No. 24-cv-1296 (SRN/DJF)<br><br>**ORDER ADOPTING<br>REPORT AND<br>RECOMMENDATION** |

Arron Scott King, Sr., 15015 62nd St. N., Stillwater, MN 55082-3801, Pro Se Plaintiff

　　The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Dulce J. Foster dated May 31, 2024 [Doc. No. 7]. No objections have been filed to that Report and Recommendation in the time period permitted.

　　The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

　　**IT IS HEREBY ORDERED**:

　　1.　　This matter is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

　　2.　　The pending motions of plaintiff Arron Scott King [Docket Nos. 4 & 6] are **DENIED AS MOOT**.

　　**LET JUDGMENT BE ENTERED ACCORDINGLY.**

2

Dated:  June 18, 2024                                    s/Susan Richard Nelson
                                                         SUSAN RICHARD NELSON
                                                         United States District Judge